KARNIG KERKONIAN (pro hac vice)
ELIZABETH AL-DAJANI (pro hac vice)
KERKONIAN DAJANI LLP
1555 Sherman Avenue, Suite 344
Evanston, Illinois 60201
Telephone: (312) 416-6180
Facsimile: (312) 604-7815
Email: kkerkonian@kerkoniandajani.com
Email: ealdajani@kerkoniandajani.com

GAYANE KHECHOOMIAN
(Bar No. 296673)
201 N. Brand Blvd., Suite 200
Glendale, California 92203-3590
Telephone: (818) 454-0446
Email: gayane.khechoomian@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARKEV GHAZARIAN and GARO B. GHAZARIAN, | Case No.: 2:19-cv-4664 |
| Plaintiffs, | |
| v. | **DECLARATION OF ELIZABETH AL-DAJANI IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND AND RECONSIDER THE JANUARY 14, 2021 ORDER** |
| Republic of Turkey, | |
| Defendant. | |

**DECLARATION OF ELIZABETH AL-DAJANI**

DECLARATION OF ELIZABETH AL-DAJANI

1.    I am one of the counsels of record for Plaintiffs in this matter, have personal knowledge of the facts stated herein and, if called as a witness, would and could competently testify thereto.

2.    On January 14, 2021, Plaintiffs were preparing a voluntary status of service to the Court.

3.    On July 14, 2020 and September 24, 2020, I sent emails to the Department of State's general email address (CA-OCS-LettersRogatory@state.gov) to request a status on the (a)(4) service issued by the Clerk of the Court, and received no response. ECF Nos. 34-1, ¶¶ 4, 7; 34-6; 34-2, 35-1, ¶ 2; 35-1(A).

4.    On January 14, 2021, I sent an email to the Department of State's general email address (CA-OCS-LettersRogatory@state.gov) to request a status on the (a)(4) service requested by Plaintiffs.  *See* Exhibit 1-A.

5.    As of today, I have received no further status on service from either the Service Agent and/or the Department of State.

Dated:  January 24, 2021                    Respectfully submitted,

                                            BARKEV GHAZARIAN and
                                            GARO B. GHAZARIAN

                                            */s/ Elizabeth Al-Dajani*

                                            KARNIG KERKONIAN (pro hac vice)
                                            ELIZABETH AL-DAJANI (pro hac vice)
                                            KERKONIAN DAJANI LLP
                                            1555 Sherman Avenue, Suite 344
                                            Evanston, Illinois 60201
                                            Telephone: (312) 416-6180
                                            Facsimile: (312) 604-7815

DECLARATION OF ELIZABETH AL-DAJANI

1

Email: kkerkonian@kerkoniandajani.com

2

Email: ealdajani@kerkoniandajani.com

3

GAYANE KHECHOOMIAN

4

(Bar No. 296673)
201 N. Brand Blvd., Suite 200

5

Glendale, California 92203-3590

6

Telephone: (818) 454-0446
Email: gayane.khechoomian@gmail.com

7

8

*Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ELIZABETH AL-DAJANI