KARNIG KERKONIAN (pro hac vice)
kkerkonian@kerkoniandajani.com
ELIZABETH AL-DAJANI (pro hac vice)
ealdajani@kerkoniandajani.com
KERKONIAN DAJANI LLP
1555 Sherman Avenue, Suite 344
Evanston, Illinois 60201
Telephone: (312) 416-6180
Facsimile: (312) 604-7815

GAYANE KHECHOOMIAN (Bar No. 296673)
gayane.khechoomian@gmail.com
201 N. Brand Blvd., Suite 200
Glendale, California 92203-3590
Telephone: (818) 454-0446

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARKEV GHAZARIAN and GARO B. GHAZARIAN,<br><br>    Plaintiffs,<br><br>v.<br><br>Republic of Turkey,<br><br>    Defendant. | Case No.: 2:19-cv-4664<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

- 1 -
CERTIFICATE OF SERVICE

I, Karnig Kerkonian, hereby certify that on January 24, 2021, I caused Plaintiffs' Motion to Amend and Reconsider the January 14, 2021 Order and its exhibits, to be electronically filed with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which automatically serves such filing on the attorneys of record in this case.

                                   */s/ Karnig Kerkonian*
                                   Karnig Kerkonian