# EXHIBIT H

Confidential Subject to Plaintiffs' Application to File Exhibit H Under Seal (ECF 46).[1]

---

[1] This exhibit has been submitted to Chambers for *in camera* review consistent with such mention in the Motion for Default Judgment (ECF 47) and the Application to File Exhibit H Under Seal (ECF 46).